# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| KIYEL TYQUELLO KEARNEY, | ) Case No. 1:23-mj-242 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 3, 2023__ in the city/county of __Arlington, VA__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful possession of ammunition by a person who has been convicted of a crime punishable by a term of imprisonment exceeding one year. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Daniel Amzallag
*Printed name and title*

MATTHEW HOPKINS
2023.11.08 13:52:57 -05'00'
*Complainant's signature*

Matthew Hopkins, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

__telephone__ *(specify reliable electronic means)*.

Date: 11/09/2023

Lindsey Vaala
Digitally signed by Lindsey Vaala
Date: 2023.11.09 14:48:06 -05'00'
*Judge's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*